UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
|  | : Civil Action No. 20-10860-LTS |
| v. | : |
| DAMON ELLIOTT and | : |
| PIPTASTIC LIMITED, | : |
| Defendants, | : |
| DSE RETAIL LIMITED | : |
| PAUL ROSE | : |
| UNIQUE ASSET MANAGEMENT LIMITED and | : |
| SHARON ELLIOTT, | : |
| Relief Defendants. | : |

## DECLARATION OF ELLEN B. MOYNIHAN

I, Ellen B. Moynihan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney and a member in good standing of the bar of the Commonwealth of Massachusetts. I am a Senior Investigations Counsel in the Boston Regional Office of the plaintiff Securities and Exchange Commission ("the Commission"). I am one of the Commission staff members who conducted an investigation regarding Damon Elliott ("Elliott") and Piptastic Limited ("Piptastic"). I make this declaration based upon my personal knowledge and upon information and belief as set forth below, and in support of the Commission's Motion for Leave to Serve Summons and Amended Complaint by Other Means.

2. Attached as Exhibit A is a true and correct copy of a "Change of Registered Office Address" for Piptastic Limited ("Piptastic") filed with the Companies House in the United Kingdom on October 16, 2018 and listing Piptastic's address as 20-22 Wenlock Road, London, England N17GU.

3. Attached as Exhibit B is a true and correct copy of a March 26, 2010 "Certificate of Incorporation of a Private Limited Company" for Piptastic listing Elliott as "Company Director" and his nationality as "British." Exhibit B lists Sharon Lynda Elliott as the Company Secretary for Piptastic. Exhibit B shows that, in addition to sharing a last name, Sharon and Damon Elliott share an address.

4. Exhibit B does not list any additional Piptastic officers or directors. In addition, the Companies House filing history that I reviewed at https://beta.companieshouse.gov.uk/company/07204501/filing-history lists only Elliott as a director of Piptastic, and the only other natural person named in the filing history as an officer or director of Piptastic is Sharon Elliott, (her resignation as Company Secretary, effective June 9, 2018, is noted at the web link in the prior sentence).

5. Attached as Exhibit C is a true and correct copy of a June 4, 2019 email from Elliott, which states, in part: "This weekend was a holiday weekend in France so as i [sic] was 'working' on Friday i [sic] took Monday off."

6. Attached as Exhibit D is a true and correct copy of a July 6, 2018 email from Elliott, which states, in part: "i [sic] was trying to make this work until i [sic] discovered my wife is flying back in to france [sic] on that day & needs picking up from Montpellier… Just for future reference anytime you are flying into Europe, Paris is a long way from me as i'm [sic]

based right down in the south an hour from Montpellier. Nice & Cannes are 3 hours to my right so a long day trip for sure."

7.  Attached as Exhibit E is a true and correct copy of a "Change of Registered Office Address" for DSE Retail Limited ("DSE Retail") filed with the Companies House in the United Kingdom on July 19, 2017 and listing DSE Retail's address as 20-22 Wenlock Road, London, England N17GU.

8.  Attached as Exhibit F is a true and correct copy of an "Accounts for a dormant company" filed by DSE Retail with the Companies House in the United Kingdom on January 6, 2020 with purported financial data for DSE Retail through February 28, 2019.  Exhibit F was signed by "Damon Elliott, Director" and does not list any additional DSE Retail officers or directors.  In addition, the Companies House filing history that I reviewed at https://beta.companieshouse.gov.uk/company/05702047/filing-history lists only Elliott as a director of DSE Retail, and the only other natural person listed in the filing history as an officer or director of DSE Retail is Sharon Elliott, who was listed as DSE Retail's Company Secretary (her resignation as Company Secretary, effective March 28, 2018, is noted at the web link in the prior sentence).

9.  Attached as Exhibit G is a true and correct copy of a December 13, 2010 "Certificate of Incorporation of a Private Limited Company" for Unique Asset Management Limited ("Unique Asset Management") listing Paul Rose ("Rose") as "Company Director 1" and his nationality as "British."

10. Attached as Exhibit H is a true and correct copy of a "Change of individual with significant control (PSC) details" for Unique Asset Management filed with the Companies House

in the United Kingdom on March 19, 2020.  It provides a "new service address" for Rose of Unit 2.02 High Weald House, Glovers End, Bexhill, East Sussex, England, TN39 SES.

11. During a telephone interview I conducted with Rose on February 20, 2020, he used the phrase "here in the U.K." multiple times.

12. Attached as Exhibit I is a true and correct copy of a "Change of Registered Office Address" for Unique Asset Management filed with the Companies House in the United Kingdom on March 19, 2020.  It provides a "new service address" for Unique Asset Management of Unit 2.02 High Weald House, Glovers End, Bexhill, East Sussex, England, TN39 SES.

13. Attached as Exhibit J is a true and correct copy of a "Termination of Appointment of Director" dated April 2, 2013, which memorializes the termination of Slawomir Andrezej Chlebek ("Chlebek") as a director of Unique Asset Management.  Chlebek was described as "Company Director 2" on Exhibit G, which listed only Rose and Chlebek as directors of Unique Asset Management.  The Companies House filing history that I reviewed at https://beta.companieshouse.gov.uk/company/07468343/filing-history?page=2 lists only Rose as a current director of Unique Asset Management and lists no natural persons other than Rose or, formerly, Chlebek as having served as an officer or director of Unique Asset Management.

14. Through an internet search, I found the following link – https://www.hcch.net/en/states/hcch-members – which lists the United Kingdom and France as signatories to the Hague Convention, including the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.  See https://www.hcch.net/en/instruments/conventions/status-table/?cid=17.

15. Attached as Exhibit K is a true and correct copy of a May 12, 2020 letter to my colleague Eric Forni, with whom I conducted the investigation regarding Piptastic and Elliott and

who signed the Commission's complaint in this action, from Janes Solicitors of London, England. The writer states that the London-based firm has "been consulted by Mr. Damon Elliott," refers to the filed action's caption, and refers to "advis[ing] Mr. Elliott".

16. On May 7, 2020, I spoke by phone with two US-based Piptastic investors. Each investor said that he or she had communicated with Rose orally and in writing since the filing of the Commission's complaint in this action and that Rose had told them he had been named in the Commission's action.

17. Through discussions with the US-based Piptastic investors, I have reviewed a text message chain from Rose dated May 12, 2020, after the filing of the complaint in this action. In those messages, Rose refers to "the attorney" and appears to acknowledge that there is a lawsuit related to the investor's Piptastic investment.

18. I have reviewed multiple emails from Elliott to a Piptastic investor using, variously, the email addresses "damon@piptastic.net" and "damonelliott@outlook.com." Elliott sent at least one email that I have reviewed dated March 2020.

19. During a telephone interview I conducted with Rose on February 25, 2020, he provided an email address of paul@unique-asset.co.uk. In addition, I have reviewed several emails from Rose to multiple Piptastic investors using, variously, the email addresses "paul@unique-asset.co.uk" and pabloinespana@yahoo.com. Rose sent at least one email that I have reviewed dated May 2020.

20. Attached as Exhibit L is a true and correct copy of data relating to an account at IG Markets Limited ("IG") for which Sharon Elliott applied on September 29, 2014. Exhibit M indicates that Sharon Elliott provided IG with a contact email address of enomad32@gmail.com.

21. Attached as Exhibit M is a true and correct copy of a January 3, 2017 email from IG to enomad32@gmail.com, the email address provided to IG by Sharon Elliott with her application for an account at IG on September 24, 2014 (see ¶ 19 above). Exhibit M attaches a document entitled "3 January 2017 Spread betting Statement" and addressed to "Mrs. Sharon Elliott" as the account holder.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2020.

/s/ Ellen B. Moynihan\_\_\_
Ellen B. Moynihan