

**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**



Albers Declaration

**A**

SEC v Elliott, et al 20-cv-10860-LT

### Piptastic PJI for violations occurring in 2016

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,089,599.65** |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $10,746.74 | $1,100,346.39 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $10,973.32 | $1,111,319.71 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $11,204.54 | $1,122,524.25 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $11,317.50 | $1,133,841.75 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $11,183.10 | $1,145,024.85 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $14,273.60 | $1,159,298.45 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $14,610.34 | $1,173,908.79 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $14,794.47 | $1,188,703.26 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $17,586.29 | $1,206,289.55 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $18,044.77 | $1,224,334.32 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $15,429.97 | $1,239,764.29 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $15,624.43 | $1,255,388.72 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $15,606.61 | $1,270,995.33 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $15,800.63 | $1,286,795.96 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $9,703.71 | $1,296,499.67 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $9,776.88 | $1,306,276.55 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $9,662.87 | $1,315,939.42 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $9,842.51 | $1,325,781.93 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $10,025.09 | $1,335,807.02 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2017-09/30/2021 | | | $246,207.37 | $1,335,807.02 |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Piptastic PJI for violations occurring in 2017

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$2,730,336.58** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $26,929.35 | $2,757,265.93 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $34,371.40 | $2,791,637.33 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $35,182.28 | $2,826,819.61 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $35,625.67 | $2,862,445.28 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $42,348.51 | $2,904,793.79 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $43,452.53 | $2,948,246.32 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $37,155.98 | $2,985,402.30 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $37,624.25 | $3,023,026.55 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $37,581.34 | $3,060,607.89 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $38,048.54 | $3,098,656.43 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $23,366.92 | $3,122,023.35 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $23,543.13 | $3,145,566.48 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $23,268.57 | $3,168,835.05 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $23,701.15 | $3,192,536.20 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $24,140.82 | $3,216,677.02 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2018-09/30/2021 | | | $486,340.44 | $3,216,677.02 |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Piptastic PJI for violations occurring in 2018

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$401,930.10** |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $5,946.36 | $407,876.46 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $6,101.38 | $413,977.84 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $5,217.25 | $419,195.09 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $5,283.01 | $424,478.10 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $5,276.98 | $429,755.08 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $5,342.58 | $435,097.66 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $3,281.06 | $438,378.72 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $3,305.81 | $441,684.53 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $3,267.26 | $444,951.79 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $3,328.00 | $448,279.79 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $3,389.73 | $451,669.52 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2019-09/30/2021 | | | $49,739.42 | $451,669.52 |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Piptastic PJI for violations occurring in 2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,067,161.20** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $13,266.62 | $1,080,427.82 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $13,431.55 | $1,093,859.37 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $8,248.78 | $1,102,108.15 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $8,310.98 | $1,110,419.13 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $8,214.06 | $1,118,633.19 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $8,366.76 | $1,126,999.95 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $8,521.97 | $1,135,521.92 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2020-09/30/2021 | | | $68,360.72 | $1,135,521.92 |