

**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

Albers Declaration

B

SEC v Elliott, et al 20-cv-10860-LT

### DSE PJI for violations occurring in 2016

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $236,730.00 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $2,334.87 | $239,064.87 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $2,384.10 | $241,448.97 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $2,434.33 | $243,883.30 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $2,458.88 | $246,342.18 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $2,429.68 | $248,771.86 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $3,101.13 | $251,872.99 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $3,174.29 | $255,047.28 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $3,214.29 | $258,261.57 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $3,820.86 | $262,082.43 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $3,920.47 | $266,002.90 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $3,352.37 | $269,355.27 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $3,394.61 | $272,749.88 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $3,390.74 | $276,140.62 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $3,432.90 | $279,573.52 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $2,108.26 | $281,681.78 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $2,124.16 | $283,805.94 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $2,099.39 | $285,905.33 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $2,138.42 | $288,043.75 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $2,178.08 | $290,221.83 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2017-09/30/2021 | | | $53,491.83 | $290,221.83 |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### DSE PJI for violations occurring in 2017

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $544,700.00 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $5,372.38 | $550,072.38 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $6,857.07 | $556,929.45 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $7,018.84 | $563,948.29 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $7,107.29 | $571,055.58 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $8,448.49 | $579,504.07 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $8,668.75 | $588,172.82 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $7,412.59 | $595,585.41 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $7,506.01 | $603,091.42 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $7,497.45 | $610,588.87 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $7,590.65 | $618,179.52 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $4,661.68 | $622,841.20 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $4,696.84 | $627,538.04 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $4,642.06 | $632,180.10 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $4,728.36 | $636,908.46 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $4,816.07 | $641,724.53 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2018-09/30/2021 | | | $97,024.53 | $641,724.53 |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### DSE PJI for violations occurring in 2018

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $989,300.00 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $14,636.22 | $1,003,936.22 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $15,017.79 | $1,018,954.01 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $12,841.61 | $1,031,795.62 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $13,003.45 | $1,044,799.07 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $12,988.62 | $1,057,787.69 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $13,150.09 | $1,070,937.78 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $8,075.92 | $1,079,013.70 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $8,136.82 | $1,087,150.52 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $8,041.94 | $1,095,192.46 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $8,191.44 | $1,103,383.90 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $8,343.40 | $1,111,727.30 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2019-09/30/2021 | | | $122,427.30 | $1,111,727.30 |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### DSE PJI for violations occurring in 2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $633,100.00 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $7,870.51 | $640,970.51 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $7,968.35 | $648,938.86 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $4,893.64 | $653,832.50 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $4,930.54 | $658,763.04 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $4,873.04 | $663,636.08 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $4,963.63 | $668,599.71 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $5,055.71 | $673,655.42 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2020-09/30/2021 | | | $40,555.42 | $673,655.42 |