

**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**



Albers Declaration

**C**

SEC v Elliott, et al 20-cv-10860-LT

### Damon & Sharon Elliott PJI for violations occurring in 2016

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$90,480.00** |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $892.41 | $91,372.41 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $911.22 | $92,283.63 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $930.42 | $93,214.05 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $939.80 | $94,153.85 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $928.64 | $95,082.49 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $1,185.27 | $96,267.76 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $1,213.24 | $97,481.00 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $1,228.53 | $98,709.53 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $1,460.36 | $100,169.89 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $1,498.43 | $101,668.32 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $1,281.30 | $102,949.62 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $1,297.45 | $104,247.07 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $1,295.97 | $105,543.04 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $1,312.08 | $106,855.12 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $805.79 | $107,660.91 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $811.87 | $108,472.78 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $802.40 | $109,275.18 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $817.32 | $110,092.50 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $832.48 | $110,924.98 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2017-09/30/2021** | | | **$20,444.98** | **$110,924.98** |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Damon & Sharon Elliott PJI for violations occurring in 2017

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$75,400.00** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $743.67 | $76,143.67 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $949.19 | $77,092.86 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $971.58 | $78,064.44 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $983.83 | $79,048.27 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $1,169.48 | $80,217.75 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $1,199.97 | $81,417.72 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $1,026.09 | $82,443.81 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $1,039.02 | $83,482.83 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $1,037.83 | $84,520.66 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $1,050.73 | $85,571.39 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $645.29 | $86,216.68 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $650.16 | $86,866.84 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $642.58 | $87,509.42 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $654.52 | $88,163.94 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $666.66 | $88,830.60 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2018-09/30/2021** | | | **$13,430.60** | **$88,830.60** |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Damon & Sharon Elliott PJI for violations occurring in 2018

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$758,550.00** |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $11,222.38 | $769,772.38 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $11,514.95 | $781,287.33 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $9,846.36 | $791,133.69 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $9,970.45 | $801,104.14 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $9,959.08 | $811,063.22 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $10,082.89 | $821,146.11 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $6,192.25 | $827,338.36 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $6,238.95 | $833,577.31 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $6,166.19 | $839,743.50 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $6,280.82 | $846,024.32 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $6,397.33 | $852,421.65 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2019-09/30/2021** | | | **$93,871.65** | **$852,421.65** |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Damon & Sharon Elliott PJI for violations occurring in 2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$242,820.23** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $3,018.67 | $245,838.90 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $3,056.19 | $248,895.09 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $1,876.91 | $250,772.00 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $1,891.07 | $252,663.07 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $1,869.01 | $254,532.08 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $1,903.76 | $256,435.84 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $1,939.08 | $258,374.92 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2020-09/30/2021** | | | **$15,554.69** | **$258,374.92** |