

**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**



Albers Declaration

**D**

SEC v Elliott, et al 20-cv-10860-LT

### Damon Elliott PJI for violations occurring in 2016

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $90,480.00 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $892.41 | $91,372.41 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $911.22 | $92,283.63 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $930.42 | $93,214.05 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $939.80 | $94,153.85 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $928.64 | $95,082.49 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $1,185.27 | $96,267.76 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $1,213.24 | $97,481.00 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $1,228.53 | $98,709.53 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $1,460.36 | $100,169.89 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $1,498.43 | $101,668.32 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $1,281.30 | $102,949.62 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $1,297.45 | $104,247.07 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $1,295.97 | $105,543.04 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $1,312.08 | $106,855.12 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $805.79 | $107,660.91 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $811.87 | $108,472.78 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $802.40 | $109,275.18 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $817.32 | $110,092.50 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $832.48 | $110,924.98 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2017-09/30/2021** | | | **$20,444.98** | **$110,924.98** |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Damon Elliott PJI for violations occurring in 2017

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $161,683.60 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $1,594.69 | $163,278.29 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $2,035.39 | $165,313.68 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $2,083.41 | $167,397.09 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $2,109.66 | $169,506.75 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $2,507.77 | $172,014.52 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $2,573.15 | $174,587.67 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $2,200.28 | $176,787.95 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $2,228.01 | $179,015.96 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $2,225.47 | $181,241.43 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $2,253.14 | $183,494.57 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $1,383.73 | $184,878.30 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $1,394.16 | $186,272.46 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $1,377.91 | $187,650.37 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $1,403.52 | $189,053.89 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $1,429.56 | $190,483.45 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2018-09/30/2021** | | | **$28,799.85** | **$190,483.45** |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Damon Elliott PJI for violations occurring in 2018

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $1,124,520.38 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $16,636.74 | $1,141,157.12 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $17,070.46 | $1,158,227.58 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $14,596.84 | $1,172,824.42 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $14,780.80 | $1,187,605.22 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $14,763.94 | $1,202,369.16 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $14,947.49 | $1,217,316.65 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $9,179.76 | $1,226,496.41 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $9,248.99 | $1,235,745.40 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $9,141.13 | $1,244,886.53 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $9,311.07 | $1,254,197.60 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $9,483.80 | $1,263,681.40 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2019-09/30/2021** | | | **$139,161.02** | **$1,263,681.40** |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Damon Elliott PJI for violations occurring in 2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $634,085.76 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $7,882.76 | $641,968.52 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $7,980.76 | $649,949.28 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $4,901.26 | $654,850.54 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $4,938.22 | $659,788.76 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $4,880.63 | $664,669.39 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $4,971.36 | $669,640.75 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $5,063.58 | $674,704.33 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2020-09/30/2021** | | | **$40,618.57** | **$674,704.33** |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Damon Elliott PJI for violations occurring in 2020

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $178,490.00 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $1,320.34 | $179,810.34 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $1,344.88 | $181,155.22 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $1,369.83 | $182,525.05 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2021-09/30/2021** | | | **$4,035.05** | **$182,525.05** |