

**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**



Albers Declaration

**E**

SEC v Elliott, et al 20-cv-10860-LT

### Damon Elliott (Non Pip) PJI for violations occurring in 2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$24,541.65** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $305.09 | $24,846.74 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $308.89 | $25,155.63 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $189.70 | $25,345.33 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $191.13 | $25,536.46 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $188.90 | $25,725.36 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $192.41 | $25,917.77 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $195.98 | $26,113.75 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2020-09/30/2021 | | | $1,572.10 | $26,113.75 |



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

### Damon Elliott(Non Pip) PJI for violations occurring in 2020

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$178,490.00** |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $1,320.34 | $179,810.34 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $1,344.88 | $181,155.22 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $1,369.83 | $182,525.05 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 01/01/2021-09/30/2021 | | | $4,035.05 | $182,525.05 |