Case 1:20-cv-10860-LTS   Document 69-6   Filed 10/29/21   Page 1 of 2

**Registered Number 05702047**

**DSE RETAIL LIMITED**

**Dormant Accounts**

**28 February 2019**



**DSE RETAIL LIMITED**                              **Registered Number 05702047**

### Balance Sheet as at 28 February 2019

|  | 2019 | 2018 |
|---|---|---|
|  | £ | £ |
| Called up share capital not paid | 1 | 1 |
| Current assets |  |  |
| Cash at bank and in hand | 1 | 1 |
| **Net assets** | **2** | **2** |
| Issued share capital |  |  |
| 2 Ordinary Shares of £ 1 each | 2 | 2 |
| **Total Shareholder funds** | **2** | **2** |

## STATEMENTS

a. For the year ending 28 February 2019 the company was entitled to exemption under section 480 of the Companies Act 2006 relating to dormant companies.

b. The members have not required the company to obtain an audit in accordance with section 476 of the Companies Act 2006.

c. The directors acknowledge their responsibilities for complying with the requirements of the Act with respect to accounting records and the preparation of accounts.

d. These accounts have been prepared in accordance with the provisions applicable to companies subject to the small companies regime.

Approved by the Board on 29 November 2019

And signed on their behalf by:

**Damon Elliott, Director**

This document was delivered using electronic communications and authenticated in accordance with the registrar's rules relating to electronic form, authentication and manner of delivery under section 1072 of the Companies Act 2006.