File Copy





**Albers Declaration**
**G**
SEC v Elliott, et al 20-cv-10860-LT

# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

## Company No. 07204501

The Registrar of Companies for England and Wales, hereby certifies that

PIPTASTIC LIMITED

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in ENGLAND/WALES

Given at Companies House, Cardiff, on 26th March 2010



*N072045016*



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES



Companies House
——— for the record ———

The above information was communicated by electronic means and authenticated by the Registrar of Companies under Section 1115 of the Companies Act 2006



# IN01(ef)

## Application to register a company

*Received for filing in Electronic Format on the:* **26/03/2010**

X82BCIMY

| | |
|---|---|
| *Company Name in full:* | **PIPTASTIC LIMITED** |
| *Company Type:* | **Private limited by shares** |
| *Situation of Registered Office:* | **England and Wales** |
| *Proposed Register Office Address:* | **THE BULL PEN, MANOR COURTYARD, SHERINGTON**<br>**MILTON KEYNES**<br>**UNITED KINGDOM**<br>**MK16 9NN** |

*I wish to entirely adopt the following model articles:*   **Private (Ltd by Shares)**

---

*Electronically Filed Document for Company Number:* **07204501**   *Page:*1

Proposed Officers

*Company Secretary* 1

| | |
|---|---|
| *Type:* | **Person** |
| *Full forename(s):* | **SHARON LYNDA** |
| *Surname:* | **ELLIOTT** |
| *Former names:* | |
| *Service Address:* | **THE BULL PEN, MANOR COURTYARD, SHERINGTON**<br>**MILTON KEYNES**<br>**ENGLAND**<br>**MK16 9NN** |

*Consented to Act:* **Y**     *Date authorised:* **26/03/2010**     *Authenticated:* **YES**

*Company Director*     1

| | |
|---|---|
| *Type:* | **Person** |
| *Full forename(s):* | **DAMON ANTHONY** |
| *Surname:* | **ELLIOTT** |
| *Former names:* | |
| *Service Address:* | **THE BULL PEN, MANOR COURTYARD, SHERINGTON**<br>**MILTON KEYNES**<br>**ENGLAND**<br>**ME7 2DZ** |

*Country/State Usually Resident:*   **ENGLAND**

*Date of Birth:* **21/09/1971**          *Nationality:* **BRITISH**
*Occupation:*   **NONE**

*Consented to Act:* **Y**       *Date authorised:* **26/03/2010**     *Authenticated:* **YES**

---

*Electronically Filed Document for Company Number:* **07204501**                                           *Page:* **3**

## Statement of Capital   (Share Capital)

| | | | |
|---|---|---|---|
| **Class of shares** | **ORDINARY** | *Number allotted* | 4 |
| | | *Aggregate nominal value* | 4 |
| *Currency* | **GBP** | *Amount paid per share* | 4 |
| | | *Amount unpaid per share* | 0.00 |
| *Prescribed particulars* | THESE ARE THE ORDINARY SHARES OF THE COMPANY WITH NO SPECIAL RIGHTS OR RESTRICTIONS. | | |

## Statement of Capital   (Totals)

| | | | |
|---|---|---|---|
| *Currency* | **GBP** | *Total number of shares* | 4 |
| | | *Total aggregate nominal value* | 4 |

## Initial Shareholdings

| | | | |
|---|---|---|---|
| *Name:* | **DAMON ANTHONY ELLIOTT** | | |
| *Address:* | THE BULL PEN, MANOR COURTYARD, SHERINGTON MILTON KEYNES ENGLAND ME7 2DZ | *Class of share:* | **ORDINARY** |
| | | *Number of shares:* | 2 |
| | | *Currency:* | **GBP** |
| | | *Nominal value of each share:* | 1.00 |
| | | *Amount unpaid:* | 0.00 |
| | | *Amount paid:* | 2.00 |
| *Name:* | **SHARON LYNDA ELLIOTT** | | |
| *Address:* | THE BULL PEN, MANOR COURTYARD, SHERINGTON MILTON KEYNES ENGLAND MK16 9NN | *Class of share:* | **ORDINARY** |
| | | *Number of shares:* | 2 |
| | | *Currency:* | **GBP** |
| | | *Nominal value of each share:* | 1.00 |
| | | *Amount unpaid:* | 0.00 |
| | | *Amount paid:* | 2.00 |

## Statement of Compliance

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*Name:* **DAMON ANTHONY ELLIOTT**

*Authenticated:* **YES**

*Name:* **SHARON LYNDA ELLIOTT**

*Authenticated:* **YES**

## Authorisation

*Authoriser Designation:* **subscriber**     *Authenticated:* **Yes**

*End of Electronically Filed Document for Company Number:* **07204501**     *Page:*6

Case 1:20-cv-10860-LTS Document 6-3 Filed 05/29/20 Page 8 of 8

COMPANY HAVING A SHARE CAPITAL

Memorandum of association of Piptastic Limited

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share each.

Name of each subscriber
Authentication by each subscriber

Damon Anthony Elliott
Sharon Lynda Elliott


Dated 26 March 2010